IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| : NOLLY-C : CAPARAS, : AMY-LAXA : CAPARAS, : DAVID-WYNN : MILLER, Plenipotentiary-Judge (Witnessing)<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVING BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A.<br><br>Defendants. | No. C 11-03138 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendants Wells Fargo, World Savings Bank, and Golden West Savings Association Service filed a motion to dismiss plaintiffs' complaint on August 5, 2011. A reassignment order issued on August 17, reassigning the case to this Court. Defendants renoticed their motion to dismiss on August 23 and set a hearing date for October 20. Plaintiffs' opposition or notice of non-opposition was due September 6. None was filed. Plaintiffs are hereby ordered to show cause why the motion should not be granted for failure to oppose. Plaintiffs must file a response

to this order by **OCTOBER 17, 2011**. If no response is filed or if good cause is not shown, the motion may be granted. The motion hearing set for October 20, 2011 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE