**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| :NOLLY-C.: CAPARAS, :AMY-LAXA.: CAPARAS, :DAVID-WYNN: MILLER. :PLENIPOTENTIARY-JUDGE (WITNESSING),<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A.<br><br>Defendants.<br>_____/ | No. C 11-03138 WHA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs filed a complaint in this action on June 24, 2011. The complaint is utterly unintelligible. Defendants' filed a motion to dismiss the complaint on August 5. A reassignment order issued on August 17, reassigning the case to this Court. Defendants renoticed their motion on August 23. Plaintiffs' response was due September 6. Plaintiffs failed to respond. An order to show cause why the motion should not be granted for failure to oppose issued on September 29. Plaintiffs were ordered to show cause by October 17. The case management conference scheduled for today, October 20, was held. Plaintiffs did not attend.

No response was received from plaintiffs to the order to show cause, save and except for the document appended hereto, which is incomprehensible. It is unclear whether plaintiffs submitted the document, although most likely plaintiffs did. But in all events, it is absolutely

clear that plaintiffs ignored the order to show cause.  Therefore, the pending motion to dismiss is **GRANTED**, without leave to amend.

The Clerk **SHALL CLOSE THE CASE FILE**.

**IT IS SO ORDERED.**

Dated:  October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE